UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WUNDERLICH,<br><br>  Plaintiff,<br><br>  v.<br><br>ALLRED, et al.,<br><br>  Defendants. | No.  2:24-cv-1847 TLN CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

On July 22, 2024, plaintiff was ordered to submit a completed in forma pauperis application within 30 days.  Plaintiff was specifically informed that he had to include a certified copy of his inmate trust account statement with his application and that the "certification" portion of the application had be completed by correctional staff.  Plaintiff was warned that failure to submit a complete application to proceed in forma pauperis would result in dismissal.

Plaintiff submitted and in forma pauperis application on August 12, 2024, but did not submit a certified copy of his inmate trust account statement and the "certification" portion is not complete.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 29, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
wund1847.fifp

2