UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES WUNDERLICH,

Plaintiff,

v.

ALLRED, et al.,

Defendants.

No. 2:24-cv-1847-TLN-CKD

**ORDER**

On August 11, 2026, Plaintiff filed a document styled Plaintiff's Objection to Magistrate Judge's Minute Order of August 3, 2026. (ECF No. 108.) The Court construes this filing as a request for reconsideration of the magistrate judge's August 3, 2026, order (ECF No. 106). Pursuant to E.D. Cal. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law.

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiff's motion for reconsideration (ECF No. 108) is DENIED.

IT IS SO ORDERED.

DATE: October 26, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE