UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES WUNDERLICH,<br>Plaintiff,<br>v.<br>DR. ALLRED, et al.,<br>Defendants. | No. 2:24-cv-1847-TLN-CKD<br><br>**ORDER** |

On August 25, 2026, plaintiff filed a document the Court construes as a request for reconsideration of the magistrate judge's August 12, 2026, order denying plaintiff's August 11, 2026, motion to compel as untimely. (ECF No. 111.) Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the Court finds that it does not appear that the magistrate judge's ruling is clearly erroneous or contrary to law. According to the scheduling order issued in this action, discovery closed on July 31, 2026, and plaintiff was specifically informed in that order that all motions to compel discovery must be filed by that date. (ECF No. 34 at 5.) Petitioner's claim that the order is somehow not clear is frivolous.

/////

/////

/////

Therefore, IT IS HEREBY ORDERED that plaintiff's motion for reconsideration (ECF No. 111) is denied.

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE